UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JOYELLE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:14-CV-496-DBH |
| ) | |
| MAINE BEHAVIORAL ) | |
| HEALTHCARE ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1) stipulate that this action is dismissed with prejudice and with both parties being fully responsible for their own costs and attorneys' fees.  Plaintiff understands that this stipulation with prejudice means that she may never file any claims or causes of action raised or that could have been raised in the underlying action at any future time against Defendant(s).

Dated this 30th day of November, 2015.

/s/ Joyelle Martin
Joyelle Martin

35 Mary Jane Road
Buxton, ME  04093
207-571-8264

/s/ Ronald W. Schneider
Ronald Schneider
/s/ Kelsey Wilcox Libby
Kelsey Wilcox Libby

BERNSTEIN SHUR
100 Middle Street
PO Box 9729
Portland, ME   04104-5029
rschneider@bernsteinshur.com
klibby@bernsteinshur.com
207-774-1200

/s/ Nicole Lorenzatti
Nicole Lorenzatti

MAINEHEALTH
110 Free Street
Portland, ME  04101
LORENN@mainehealth.org
207-661-7010

Attorneys for Maine Behavioral Healthcare, successor to Counseling Services, Inc., and Maine Mental Health Partners, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of November, 2015, I electronically filed the Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

      Joyelle Martin
      Joyelle.free@gmail.com

      */s/ Ronald W. Schneider*
      Ronald Schneider